UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 25-cv-23074-CV-WILLIAMS

RAYMONA GALLOWAY-BANKS,

    Plaintiff,

v.

CARNIVAL CORPORATION, *d/b/a*
CARNIVAL CRUISE LINE,

    Defendant.

_____/

## ORDER

**THIS MATTER** is before the Court on Chief Magistrate Judge Enjoliquè Lett's Report and Recommendations (DE 29) ("***Report***") on Defendant's Carnival Corporation's Motion to Dismiss (DE 11) ("***Motion***"). In the Report, Judge Lett recommends that the Motion be denied. (DE 29 at 6.) Specifically, Judge Lett finds that "[t]he Complaint states plausible claims for negligent failure to maintain and negligent failure to warn." (*Id.*) No objections were filed to the Report, and the time to object has passed.

Upon a careful review of the Report, the Motion, the record, and applicable law, it is **ORDERED AND ADJUDGED** that:

1. Judge Lett's Report (DE 29) is **AFFIRMED AND ADOPTED**.
2. Defendant's Motion to Dismiss (DE 11) is **DENIED**.
3. Defendant shall file an answer to the Complaint (DE 1) on or before **MARCH 6, 2026**.

**DONE AND ORDERED** in Chambers in Miami, Florida, on this <u>20th</u> day of February, 2026.

KATHLEEN M. WILLIAMS
UNITED STATES DISTRICT JUDGE